# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR06-0013-LRR |
| vs. | |
| DAVID EVAN STARR, | **ORDER** |
| Defendant. | |

This matter comes before the court on the defendant's motion for hearing (docket no. 185) and motion to appoint counsel (docket no. 186). The defendant filed both motions on December 30, 2014. In light of the record, the court finds that a statement from the defendant that details the steps he took to file a notice of appeal in a timely manner is sufficient to address the Eighth Circuit Court of Appeals' limited remand. Accordingly, the defendant's motion for hearing (docket no. 185) and motion to appoint counsel (docket no. 186) are denied. In the event that the court finds a hearing is warranted after the court receives the defendant's statement, the court will take appropriate steps so that a hearing may be conducted.

**IT IS SO ORDERED**.

**DATED** this 12th day of January, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA